IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

FEB 15 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| In the matter of the Criminal Complaint | ) | DOCKET NO. 1:11mj11 |
| | ) | |
| United States of America | ) | |
| v. | ) | |
| Angel Evilio Alvarado-Gonzalez | ) | ORDER TO SEAL |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Criminal Complaint, Affidavit, and the Motion to Seal be sealed until further order of the court.

This the 15th day of February, 2011.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA